JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| WALTER FORD,<br><br>    Plaintiff,<br><br>v.<br><br>THE OUTHOUSE, INCORPORATED, a California Corporation,<br><br>    Defendant. | Case No. EDCV 18-0893 JGB (SPx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed concurrent herewith, the Motions for Summary Judgment by Defendant The Outhouse, Incorporated is GRANTED. Plaintiff Walter Ford's complaint against Defendant is DISMISSED without prejudice.

Judgment is entered in favor of Defendant.

Dated: May 15, 2019

THE HONORABLE JESUS G. BERNAL
United States District Judge